IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PARVEEN AHMAD,

        Plaintiff,

v.

BANK OF AMERICA, N.A.; FIDELITY NATIONAL TITLE INSURANCE; LASALLE BANK, N.A.; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON; U.S. BANK, N.A.; WASHINGTON MUTUAL BANK, N.A.; DOES 1 through 50, inclusive; and all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title or any cloud on plaintiff's title thereto,

        Defendants.

No. 3:23-cv-00808-JR

ORDER

HERNÁNDEZ, District Judge:

      Magistrate Judge Russo issued a Findings and Recommendation on August 7, 2023, in which she recommends that this Court grant Defendant U.S. Bank's Motion to Dismiss and

1 - ORDER

request for judicial notice and Defendant Quality Loan Servicing Corporation of Washington's Motion to Dismiss. F&R, ECF 23. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF 25. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [23]. Defendant U.S. Bank's Motion to Dismiss and request for judicial notice [12] and Defendant Quality Loan Service Corporation of Washington's Motion to Dismiss [19] are granted. Plaintiff's request for judicial notice [21] is denied. Any motion to amend the complaint is due within 30 days of this Order.

IT IS SO ORDERED.

DATED: September 27, 2023.

MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER